## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| DIXIE PLUMBING SPECIALTIES, INC., a Georgia corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 1:17-cv-03866-TCB |
| v. | ) ) | |
| CAIN INDUSTRIES, INC., a Wisconsin corporation, and JOHN DOES 1-5, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, DIXIE PLUMBING

SPECIALTIES, INC., and Defendant, CAIN INDUSTRIES, INC., through their

undersigned attorneys, hereby dismiss this action with prejudice, each side to bear

its own costs.

Respectfully submitted,

By: s/Ryan M. Kelly
Ryan M. Kelly – *pro hac vice admitted*
ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone:  847-368-1500

Fax: 847-368-1501
rkelly@andersonwanca.com

s/ Anthony C. Lake
Anthony C. Lake
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia  30305
Tele:  404-482-9700
Fax:  404-842-9750
aclake@gwllawfirm.com

*Attorneys for Plaintiff*

s/ Nicholas P. Panayotopoulos
Nicholas P. Panayotopoulos
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
3344 Peachtree Road, NE, Suite 2400
Atlanta, GA  30326

*Attorneys for Defendant*

## <u>CERTIFICATION</u>

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the

foregoing document has been prepared with one of the font and point selections

(Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B.

<u>s/ Anthony C. Lake</u>
Anthony C. Lake
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia  30339
Tele:  404-482-9700
Fax:  404-842-9750
aclake@gwllawfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 2, 2020, I served the foregoing document by filing the document via the Court's Case Management/Electronic Case Filing (CM/ECF) system which will automatically service notice of such filing on all attorneys of record.

s/ Anthony C. Lake
Anthony C. Lake
GILLEN WITHERS & LAKE LLC
400 Galleria Parkway
Suite 1920
Atlanta, Georgia  30339
Tele:  404-482-9700
Fax:  404-842-9750
aclake@gwllawfirm.com